# JACOBS & BARBONE, P.A.

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
E-MAIL: JACOBSBARBONE@COMCAST.NET

EDWIN J. JACOBS, JR.
LOUIS M. BARBONE
ARTHUR J. MURRAY

ERIC H. LUBIN
LUCILLE A. BONGIOVANNI
MICHAEL F. MYERS
YOONIEH AHN

April 8, 2014

Honorable Gloria M. Burns, U.S.B.J.
US Bankruptcy Court
US Post Office & Courthouse, 2nd Floor
401 Market Street
Camden, New Jersey 08101

      Re: <u>In re: Jeffrey T. Alper</u>
         Case No. 13-17723-GMB
         <u>Richard Simon Trustee, et al v. Jeffrey T. Alper</u>
         Adversary No. 13-01780-GMB
         Our File No. 13, 985

Dear Judge Burns:

  Please accept this letter in lieu of a more formal response to Mr. Alper's Motion. After reviewing Mr. Alper's income tax returns, plaintiffs do not believe the defendant possesses sufficient assets to justify continued litigation. If Mr. Alper's counsel forwards a proposed stipulation of dismissal to my office, I will sign it.

            Respectfully,
            Jacobs & Barbone, P.A.

            <u>/s/ Michael F. Myers</u>
            Michael F. Myers, Esq.

cc: All counsel