LAW OFFICES OF JEFFREY B. SAPER

414 Stokes Road, Suite 104

Medford, New Jersey 08055

(856) 985-9770

JBS 4775

UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JEFFREY ALPER, | :BANKRUPTCY NO.13-17723(GMB) |
| Debtor, | :CHAPTER 7 |
| JAKE SIMON, JOSEPH WOLFSON, NORTHEAST FRANKLIN & ATLANTIC, LLC, RICHARD SIMON TRUSTEE, | :ADVERSARY PROCEEDING |
| Plaintiffs, | :ADVERSARY NO.:13-01780 |
| V. | :JUDGE: Burns |
| JEFFREY ALPER, | |
| Defendant | :STIPULATION OF DISMISSAL |

WHEREAS, counsel for Plaintiffs and counsel for Defendant have discussed the pleadings filed and documents provided through discovery in this matter; and

WHEREAS, Plaintiffs have decided not to continue this litigation; and

WHEREAS, counsel for both Plaintiffs and Defendant consent hereto to the Dismissal of the within Complaint;

WHEREFORE, Plaintiffs and Defendant jointly and respectfully request that the within Complaint be dismissed, with prejudice.

DATED: April 9, 2014          /s/Jeffrey B. Saper, Esq.

Jeffrey B. Saper, Esq.

Attorney for Defendant/Debtor Jeffrey T. Alper

DATED:          /s/ Michael F. Myers, Esq.

Michael F. Myers, Esq.

Jacobs & Barbone

Attorney for Plaintiffs